RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

2:25-cv-1290

SEP 0 3 2025

DANIEL A. McCOY, CLERK
BY: _____H.S._____

## JS 44 (Rev. 10/20)
## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)

### I. (a) PLAINTIFFS
Credeur: Ray-James

### DEFENDANTS
Calcasieu Parish Sheriff's Department, et al.

**(b) County of Residence of First Listed Plaintiff**    **County of Residence of First Listed Defendant**
Calcasieu Parish, Louisiana              Calcasieu Parish, Louisiana

**(c) Attorneys (Firm Name, Address, and Telephone Number)**
Pro Se – Credeur: Ray-James
RFD R004-06
Sulphur, Louisiana [70663] ZIP Exempt
Telephone: _____

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
[ ] 1 U.S. Government Plaintiff   [ ] 2 U.S. Government Defendant
[X] 3 Federal Question (U.S. Government Not a Party)
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
Not applicable (Federal Question jurisdiction)

### IV. NATURE OF SUIT (Place an "X" in One Box Only)
[ ] 110 Insurance         [ ] 375 False Claims Act    [ ] 830 Patent
[ ] 120 Marine            [ ] 376 Qui Tam             [ ] 835 Patent – Abbreviated
[ ] 130 Miller Act        [ ] 400 State Reapportionment  [ ] 840 Trademark
[ ] 140 Negotiable Instrument  [X] 440 Other Civil Rights  [ ] 850 Securities/Commodities
[ ] 190 Other Contract    [ ] 442 Employment          [ ] 890 Other Statutory Actions
[ ] 195 Contract Product Liab. [ ] 443 Housing/Accommodations [ ] 891 Agricultural Acts

[ ] 196 Franchise           [ ] 445 Americans w/Disabilities–Employment
                [ ] 446 Americans w/Disabilities–Other
                [ ] 448 Education

## V. ORIGIN (Place an "X" in One Box Only)

[X] 1 Original Proceeding   [ ] 2 Removed from State Court   [ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened [ ] 5 Transferred from Another District
[ ] 6 Multidistrict Litigation [ ] 8 Multidistrict Litigation – Direct File

## VI. CAUSE OF ACTION

42 U.S.C. § 1983 – Civil Rights Violations; 18 U.S.C. §§ 241, 242 – Deprivation of Rights; Request for Permanent Restraining Order, Preliminary Injunction, and Damages

## VII. REQUESTED IN COMPLAINT:

[X] DEMAND: Injunctive Relief, Restraining Order, Damages
[X] JURY DEMAND: Yes   [ ] No

## VIII. RELATED CASE(S) IF ANY

Judge: _____ Docket Number: _____

DATE: Sept 1, 2025   SIGNATURE OF ATTORNEY OF RECORD / PRO SE:

*[signature]*