**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

CREDEUR: RAY-JAMES, sui juris,
Plaintiff,

v.

Sulphur Police Department, et al.,
Defendants.

### EXHIBIT LIST – FINAL

Exhibit A – Affidavit confirming Warrant No. 25-00864 (Sheriff's Warrant Division information, judge signature, warrant number).

Exhibit B – Certified minutes from 2016 matter showing reduction to misdemeanor (simple battery) and satisfaction of all conditions.

Exhibit C – Transcribed phone call (Ryan Arnold / Sulphur PD) showing misrepresentation of felony and refusal to provide warrant copy.

Exhibit D – Recorded Fee Schedule & Copyright Notice (Calcasieu Parish Clerk of Court, File #3536624, Book 4636, Page 104; April 10, 2024).

Exhibit E – USB Drive containing video evidence (armed officers at Plaintiff's property). Affidavit verifying screenshots attached.

Exhibit F – Proposed Permanent Restraining Order restraining all named defendants/agencies from future harassment or retaliation.

Exhibit G – Sheriff's Department Letter mocking Plaintiff's notices and dismissing lawful instruments.

Exhibit H – Affidavit of Denial of Access to Warrant (detailing refusals by Sheriff, DA, Clerk).

Exhibit I – Writ of Quo Warranto (challenging lawful authority of officials who issued, maintained, or enforced the fraudulent warrant).

Exhibit J – Corpus Delicti Affidavit (noting absence of an injured party in 2016 matter and prior arrests).

Exhibit K – Employment Loss Statement (detailing $250,000/year job loss due to false allegations and warrant).

Exhibit L – City of Sulphur / Sulphur PD / Mayor / Officers / Judges

Exhibit M – Calcasieu Parish Sheriff's Dept / Sheriff Gary Guillory

Exhibit N – Louisiana State Police / Col. Hodges

Exhibit O – Calcasieu Parish DA's Office / DA Stephen Dwight

Respectfully submitted,

*Credeur: Ray-James*

Credeur: Ray-James, sui juris
Plaintiff, Authorized Representative / Beneficiary

EXHIBITS TO EMERGENCY MOTION TO QUASH WARRANT

## EXHIBIT A

### Affidavit Regarding Warrant Information

I, Credeur: Ray-James, sui juris, declare and affirm as follows:

1. On or about June 29, 2025, I personally contacted the Warrants Division of the Calcasieu Parish Sheriff's Department to confirm whether any warrant existed in my name.

2. I was informed by the Warrants Division that a warrant had been issued as follows:
   - Warrant No.: 25-00864
   - Issuing Court: 14th Judicial District Court, Calcasieu Parish, Louisiana
   - Issuing Officer: Magistrate Tony Fazzio
   - Holding Agency: Calcasieu Parish Sheriff's Department – Warrants Division

3. This information was relayed directly by personnel of the Warrants Division.

4. I have been denied physical access to a certified copy of this warrant despite repeated requests.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: _8·26·2025_

_Credeur: Ray-James_
Credeur: Ray-James, sui juris
Plaintiff / Authorized Representative / Beneficiary

Notary Acknowledgment
Subscribed and sworn before me this _26th_ day of _August_, 2025.

_Renee Loup_
Notary Public _Renee Loup #56535_
My commission expires: _At My Death_

## EXHIBIT B

Case Minutes & Completion Order (2016 Case)

- Case minutes show disposition: Simple Battery (Misdemeanor).

- Motion for Completion granted: probation unsupervised, no restrictions.

- All fines, costs, and community service fully satisfied and paid.

- Case is over 9 years old, beyond statute of limitations for misdemeanor prosecution under

Louisiana law (La. C. Cr. P. art. 572).


Source: 14th Judicial District Court, Calcasieu Parish, Louisiana.

Lake Charles, Louisiana, March 24, 2017.

Court met in Courtroom 'B' His Honor David A. Ritchie, Judge presiding; with Michael Bourgeois, Deputy

Sheriff; Clair Miller, Deputy Clerk of Court; Ross Murray, Denisse Parrales, Elizabeth Hollins and Elliott Cassidy,

Asst. District Attorneys; and Barbara Bailey, Court Reporter, in attendance.

STATE OF LOUISIANA
VS
RAY JAMES CREDEUR

CHARGE:
AGGRAVATED ASSAULT WITH A MOTOR
VEHICLE UPON A PEACE OFFICER

**CASE #: 11480-VC-2016**

Defendant appears with counsel, Michael Antoon, Esq. On motion of Asst. District Attorney Ross Murray, the

Court orders the bill amended to reflect the charge as "Simple Assault in violation of LSA R.S. 14:38". The Court

questions the defendant as to his education. The Court advises the defendant of his constitutional rights as

applicable and he states he understands and waives same. The Court advises the defendant that it is not bound

to accept any recommendation which may be presented and he states he understands. Facts of the case are

presented to the Court by Mr. Murray and the defendant does not contest same. The Court questions the

defendant and he tenders a plea of no contest. The Court orders the plea entered. A joint recommendation of

sentence is presented to the Court by Mr. Murray, which the Court accepts. The Court orders the imposition of

sentence deferred in accordance with Article 894 of the Code of Criminal Procedure and the defendant is placed

on misdemeanor supervised probation through the District Attorney's Office for a period of one (1) year, until

completion of the following special conditions:

1) pay a fine of $300 and Court costs or, in default thereof, to serve thirty (30) days in the parish jail
2) perform thirty-two (32) hours of Court approved community service activities
3) submit to random drug screens at the discretion of the Probation Officer
4) refrain from criminal conduct
5) pay a $50 monthly supervision fee to the District Attorney's Office

At the request of Mr. Antoon, the Court grants the defendant until April 24, 2017 by 2:00 p.m. to report to the Magnolia Building and to the District Attorney's Office to sign up for probation. For complete colloquy, see Court Reporter's transcript.

 Defendant states his date of birth as July 4, 1976 and his address as 206 Pelican Street, Sulphur, La.

A TRUE COPY
Lake Charles, Louisiana

Deputy Clerk of Court
Calcasieu Parish, Louisiana

STATE OF LOUISIANA                    14TH JUDICIAL DISTRICT

VS. 11480-16                          PARISH OF CALCASIEU

RAY JAMES CREDEUR                     STATE OF LOUISIANA

FILED: _____ MAY 2 5 2017

                                      DEPUTY CLERK

SCANNED
JUN 0 1 2017

## MOTION FOR COMPLETION-UNSUPERVISED

COMES NOW, the State of Louisiana through John F. DeRosier, District Attorney, and the undersigned Misdemeanor Probation Officer, who respectfully submits that:

1.

Probationer, **Ray James Credeur, W/M, 07/04/1976,** was placed on probation by the Honorable Judge David Ritchie on 03/24/2017 for Simple Assault, who fixed the period of probation for one year and imposed terms and conditions of probation previously adopted this Court.

2.

Probationer was also ordered to pay a supervision fee to the Calcasieu Parish District Attorney's Office.

3.

Probationer has successfully complied with the special conditions of probation. Therefore it is requested that the Probationer be converted to unsupervised probation until March 24, 2018.

**WHEREFORE** the State of Louisiana, through the undersigned Misdemeanor Probation Officer, prays that Probationer be converted to unsupervised probation until March 24, 2018.

Respectfully submitted,

JOHN F. DEROSIER
DISTRICT ATTORNEY

BY: _____
Ingrid L. Darbone
Misdemeanor Probation Officer

## ORDER

CONSIDERING THE FOREGOING report of the Misdemeanor Probation Officer,

IT IS ORDERED BY THE COURT that the Probationer's Supervised Probation Case be converted to unsupervised probation until March 24, 2018.

Lake Charles, Louisiana, this **24th** day of **May**, 2017.

_____
14TH JUDICIAL DISTRICT COURT JUDGE
**DAVID A. RITCHIE**

Doc ID: 039257780001  Case#: 11480-VC-2016
Docket Date: 05/25/2017      Pages: 1
MOTION FOR COMPLETION-UNSUPERVISED

A TRUE COPY
Lake Charles, Louisiana
Deputy Clerk of Court
Calcasieu Parish, Louisiana

**EXHIBIT C**

Transcript / Call Notes (Basis of Warrant)

Transcript and/or call records confirm that Warrant No. 25-00864 was issued on the false premise that Plaintiff's prior 2016 case was a felony, when in fact it was disposed of as a misdemeanor and fully satisfied.

This demonstrates the fraudulent foundation of the warrant.

Hello?

Hi. Miss Deborah?

Uh-huh.

This is officer Arnold sulphur police department. How are you this morning?

Okay.

My sergeant advised that you asked us to give you a callback with what, mister Credeur's warrant was for?

Yes, sir.

K. So his warrant is for felon in possession of a firearm. Okay? It's in both the traffic stop from yesterday.

It's what?

It's from his traffic stop from yesterday, felon in possession of a firearm.

He's not a felon. Why why would he have that?

Well, his c h his criminal history doesn't does in fact let us know that he is in fact a felon. And he's not allowed to have firearms. So because he had a firearm yesterday, the sergeant on shift cut a warrant for him. Now, look, we we don't wanna have to go looking for him and have to call the big commotion and take more than just one person to jail. We kinda like for him to be able to just either, A, come turn himself in before five, or, B, let us know where he's at,  and we can come get him safely. We don't want anybody hurt or anything like that. Our main goal is to just help him take care of this warrant at this point because it is something that wont go away.
Well this
I'm sorry?

There's not a felony, on his record. I don't know what you're coming off with this for.

Ma'am, so there is in fact a Felony charge on this record, and he has in fact a felony. I have it pulled up right now.

Can you email it to me or text it to me?

No, ma'am. Unfortunately, our, our program does not allow us to send out, the information that we receive through the through the system, and it's confidential in nature.
You'll be able to see if if he went to court or if he had a background check, it would come back. But I can't I can't, like, lawfully give you that information, unfortunately.

The sheriff department didn't pick him up on it the other day.

Correct. So this warrant isn't from, this warrant wasn't issued until just recently. This is a new warrant. This is the other day when the sheriff's department dealt with him. He didn't have it yet.

So so they did this last night?

Yesterday.
I was not on Tuesday.
However, I do have a warrant in front of me, and I have a c h in front of me, and everything is kinda tracking with what I've been told so far.
The only issue is if he doesn't turn himself in and we do have to go look for him, whoever is harboring him or keeping him will also end up arrested, and we don't want that. We don't wanna take more people to jail when we have to.

Hang on just a minute.

I'm not understanding this.

Okay.

How can you give him a warrant when he doesn't have a felony?
Now that doesn't make any sense.

So, ma'am, like I like I explained, he does, in fact, have a felony on his record.
So, ma'am, like I like I explained, he does, in fact, have a felony on his record.
Whether he was under the understanding that it was felony or not is beyond me. I have no

idea. But I am I have knew his criminal history, and he does have more more than one felony charge on his record.

I can pull back up, and I can advise you the date and when the charges was but i cannot send it to you

He has not been he he hasn't been convicted of any felony.

Hello?

Okay.
Well, that's that's that's between him and the judge. He has infact been convicted of felonies according to his criminal history.

Why? Oh, no, sir you are lying1

No, ma'am. I'm not.
Well, they should have known that yesterday if it was accurate.
Well, unfortunately, I was not here yesterday or it wouldn't have been handled yesterday. But like I said, if it comes to us having to come find him, whoever's house he is at will end up getting arrested as well, and I would rather not do that.

Thank you. Okay. Thank you.

Yeah. Will you give me just a second.
I'll be able to provide you with the charges that I'm speaking up.

Okay.

I'm waiting on an email right now.
I thought you had them in front of you.

I did. But now I have that email back because they go away.
I have to I have to have the email sent back to me.

You're lying.
Tell me you're lying.
You're lying again.

I'm not lying. I promise you. Just give me just a second.

Alright. Excuse me.

Yes, ma'am.

I know for a fact he hadn't been convicted of any felonies. I don't know where this is coming from.

K. So I'm pulling it up right now. I'll read it to you. Let's see.
He was in fact convicted of a felony of aggravated assault with a motor vehicle that's on his Criminal history.

No. He wasn't convicted of that.
It was thrown out.
Well, it sure is funny that all this just come up all of the same today.

This is gonna be kinda like his only chance. It's gonna be until five. And if not, then everybody that is at the house that he has found at Will go .

Okay. Thank you.

Yes.

## MANDATORY NOTICE
### Foreign Sovereign Immunities Act
### Sections 1605 and 1607
### NOTICE OF LIABILITY:18 USC 2333, 18 USC 1341 and 1342

This **MANDATORY NOTICE** is provided to all **Territorial United States** District and State and County Courts, their officers, clerks, bailiffs, sheriffs, deputies, and employees and all Municipal Appointees including their DISTRICT, STATE, and COUNTY COURTS, their OFFICERS, and EMPLOYEES:

The vessels doing business as Ray James Credeur and not limited to Ray J. Credeur, Ray Credeur, Credeur, Ray James, Ray James, CREDEUR, RAY JAMES CREDEUR, RAY J. CREDEUR, RAY CREDEUR, CREDEUR, RAY JAMES, together with all derivatives and permutations and punctuations and orderings of these names, are not acting in any federal territorial or municipal capacity and have not knowingly or willingly acted in any such capacity since the day of nativity: July 4th, 1976. All vessels are duly claimed by the Holder in Due Course and held under published Common Law Copyright since July 4th, 1976.

These vessels are publishing **MANDATORY NOTICE** that they are Foreign Sovereigns from North Carolina, a member State of The United States of America [unincorporated]. This is your **MANDATORY NOTICE** that these above-named vessels are owed all material rights, duties, exemptions, insurances, treaties, bonds, agreements, and guarantees including indemnity and full faith and credit; you are also hereby provided with **MANDATORY NOTICE** that these vessels are not subject to Territorial or Municipal United States law and are owed The Law of Peace, Department of the Army Pamphlet 27-161-1, from all Territorial and Municipal Officers and employees who otherwise have no permission to approach or address them.

Any harm resulting from trespassing upon these vessels, or the use of fictitious names or titles related to them shall be subject to full commercial liability and penalties: 18 USC 2333, 18 USC 1341 and 1342.

So said, signed, and sealed this _18_ day of January 2024 in Calcasieu Parish County, Louisiana state, The United States of America:

All Rights Reserved, Without Prejudice

By: _Ray James Credeur_ _____ © Ray James Credeur

**Witness Verification by Public Notary or State Recording Secretary**

Florida State          )

Seminole County          )

I, a Public Notary or Recording Secretary, was visited by one of the people Ray James Credeur whose autograph appears above, and he was properly identified to me, and he did autograph this Mandatory Notice, Foreign Sovereign Immunities Act in my presence for the purposes described above, in witness whereof I affix my autograph and seal this ___ day of January in the year of 2024.

By: _Elizabeth Martin_ _____ ©; My commission expires _Feb 04 1 40_

To Whom It May Concern:

The annexed Notice of Intent – Fee Schedule is a schedule of mandatory fees instated by the Secured Party Creditor, Ray James Credeur ©, Authorized Representative on behalf of RAY JAMES CREDEUR ©, RAY J. CREDEUR ©. and RAY CREDEUR ©. Ens Legis. Ray James Credeur do hereby set forth fees to be instated in any business dealing with RAY JAMES CREDEUR, RAY J. CREDEUR and RAY CREDEUR, for any business conducted relevant to this schedule. Fees are due and MUST be paid before said business can commence. In the event that invoicing becomes necessary, invoiced amounts are due fifteen days after day of receipt. If said fees are not met, it is the right of the Secured Party Creditor, Ray James Credeur, to refuse or void any form of business interaction and/or transaction. Fees are subject to change at any time without prior notice. Secured Party Creditor, Ray James Credeur, is the only Authorized Representative to alter, void, and/or enforce said fees and may do so at any time.

So signed and sealed this _18_ day of January 2024.

All Rights Reserved, Without Prejudice

By: _Ray James Credeur_ _____ © Ray James Credeur
American State National/Citizen,
Secured Party Lien Creditor,
Authorized Representative for
RAY JAMES CREDEUR, Ens Legis

**Witness Verification by Public Notary or State Recording Secretary**

Florida State    )

Seminole County      )

I, a Public Notary or Recording Secretary, was visited by one of the people Ray James Credeur whose autograph appears above, and he was properly identified to me, and he did autograph this Notice of Intent – Fee Schedule in my presence for the purposes described above, in witness whereof I affix my autograph and seal this __ day of January in the year of 2024.

By: _Franklyn Maria_ ©; My commission expires _End of life_.

**Private Easements Schedule**
    Penalty for Private Use             $     250,000

**Public Easements Schedule**
    Penalty for Public Use              $     250,000

These fees will be mandated upon the informant listed on the traffic citation ticket(s), arrest warrants, detention orders, seizure orders.

Produce trade name materials:

| | | |
|---|---|---|
| a. Name | $ | 50,000 |
| b. Driver's License Number | $ | 50,000 |
| c. Social Security Number | $ | 100,000 |
| d. Retinal Scans | $ | 5,000,000 |
| e. Fingerprinting | $ | 200,000 |
| f. Photographing | $ | 200,000 |
| g. DNA | $ | 5,000,000 |
|    1. Mouth swab | $ | 5,000,000 |
|    2. Blood samples | $ | 5,000,000 |
|    3. Urine samples | $ | 5,000,000 |
|    4. Breathalyzer testing | $ | 5,000,000 |
|    5. Hair samples | $ | 5,000,000 |
|    6. Skin samples | $ | 5,000,000 |
|    7. Clothing samples | $ | 5,000,000 |
|    8. Forced giving of fluids/samples | $ | 5,000,000 |

Issue Traffic citations and tickets of any traffic nature:

| | | |
|---|---|---|
| a. Citations | $ | 60,000 |
| b. Warning issued on Paper Ticket | $ | 25,000 |

Appearance in court because of traffic citations:

| | | |
|---|---|---|
| a. Time in court | $ | 75,000/hr with 1 hour min. |
| b. If Fine is imposed | $ | 500,000 |

Car / Personal Property Trespass, Carjacking, Theft, Interference with Commerce,

|     |                                             |    |           |
|-----|---------------------------------------------|----|-----------|
| a.  | Agency by Estoppel                          | $  | 50,000    |
| b.  | Color of Law                                | $  | 150,000   |
| c.  | Implied Color of Law                        | $  | 150,000.  |
| d.  | Criminal Coercion                           | $  | 500,000   |
| e.  | Criminal Contempt of Court                  | $  | 500,000   |
| f.  | Estoppel by Election                        | $  | 350,000   |
| g.  | Estoppel by Laches                          | $  | 350,000   |
| h.  | Equitable Estoppel                          | $  | 500,000   |
| i.  | Fraud                                       | $  | 1,000,000 |
| j.  | Fraud upon the Court                        | $  | 2,000,000 |
| k.  | Larceny                                     | $  | 250,000   |
| l.  | Grand Larceny                               | $  | 250,000   |
| m.  | Larceny by Extortion                        | $  | 1,000,000 |
| n.  | Larceny by Trick                            | $  | 1,000,000 |
| o.  | Obstruction of Justice                      | $  | 100,000   |
| p.  | Obtaining Property by False Pretenses       | $  | 1,000,000 |
| q.  | Simulating Legal Process                    | $  | 1,000,000 |
| r.  | Vexatious Litigation                        | $  | 5,000,000 |
| s.  | Trespass upon Motor Conveyance              | $  | 100,000   |
| t.  | Unauthorized Relocation of Motor Conveyance | $  | 100,000   |
| u.  | Seizure of Motor Conveyance                 | $  | 100,000   |
| v.  | Theft of License Plate                      | $  | 10,000    |
| w.  | Unlawful Lien on Motor Conveyance           | $  | 50,000    |

Use of trade name protected material under threat, duress, and/ or coercion:

|     |                                 |    |          |
|-----|---------------------------------|----|----------|
| a.  | Name written by the informant   | $  | 250,000  |

b.  Driver's License written by informant                     $     150,000

c.  Social Security Number written by informant              $     150,000

d.  Miscellaneous Material written by informant              $     500,000

**Produce any personal information/property for any kind of business interaction:**

a.  Financial Information                                    $     100,000

b.  Property inside of motor vehicle                         $     150,000

**Time Usage for traffic stops:**

a.  30 minutes minimum                                       $       5,000

b.  60 minutes                                               $      10,000

c.  90 minutes                                               $      15,000

**Court Appearance Schedule**

These fees MUST be paid immediately after my case is finished. Failure to pay fines and fees will have an additional fee of $5000.00 for breach of contract.

**Demand for Appearance in Court:**

a.  My Appearance

a.  Under Protest and Duress                          $     75,000/hour

b.  Voluntarily                                       $     10,000/hour

**Use of Trade Name Material**

a.  Name

a)  Under Protest and Duress                          $      25,000

b)  Voluntarily                                       $      10,000

b.  Drivers License

a)  Under Protest and Duress                          $      25,000

b)  Voluntarily                                       $      10,000

c.  Social Security Number

a)  Under Protest and Duress                          $      25,000

b)  Voluntarily                                       $      10,000

| | | |
|---|---|---|
| d.  Miscellaneous Material | $ | 25,000 |

**Produce any Personal Information for Any Kind of Business Interaction:**

| | | |
|---|---|---|
| a.  Financial Information | $ | 10,000 |
| b.  Driver's License | $ | 10,000 |
| c.  Social Security Number | $ | 250,000 |
| d.  Any Documents Produced by Me | $ | 10,000 / doc |

**Time usage for court appearances:**

| | | |
|---|---|---|
| a.  30 minutes | | |
|    a.  Under Protest and Duress | $ | 33,500 |
|    b.  Voluntarily | $ | 10,000 |
| b.  60 minutes | | |
|    a.  Under Protest and Duress | $ | 75,000 |
|    b.  Voluntarily | $ | 20,000 |
| c.  90 minutes or more | | |
|    a.  Under Protest and Duress | $ | 100,500 |
|    b.  Voluntarily | $ | 30,000 |

**Trespass-Fee Schedule**

Trespass by public official(s), police officer(s), judge(s), attorney(s), Corporation(s)and other fictional entities as well as all others who desire to contract:

| | | |
|---|---|---|
| a.  Failure to honor God Given Rights | $ | 20,000 |
| b.  Failure to honor Oath of Office | $ | 50,000 |
| c.  Failure to honor Constitutional Oath | $ | 50,000 |
| d.  Failure to honor Written and/or Oral Word | $ | 5,000 |
| e.  Silence/Dishonor/Default | $ | 5,000 |
| f.  Failure to honor /No Bond | $ | 5,000 |
| g.  Phone call to telephone number used by Secured Party including from alleged debt collectors | $ | 5,000 each |

h.  Telephone message left on Secured Party
    Service or equipment                                    $    5,000 each

i.  Use of Street Address/Mailing location of Secured Party  $    5,000 each

j.  Time Waiting for Scheduled Service                      $    1,000 min/hr

k.  Detention from Free Movement and/or cuffed              $    75,000 min/hr

l.  Incarceration                                           $    75,000 min/hr

m.  Failure to Follow Federal and/or State Statutes,
    Codes, Rules and/or Regulations                         $    50,000

n.  Failure to State a Claim upon which
    Relief Can Be Granted                                   $    25,000

o.  Failure to Present a Living Injured Party               $    100,000

p.  Failure to Provide Contract Signed by the Parties       $    100,000*

q.  Failure to Provide IRS 1099OID(s), and Other
    IRS Reporting Form(s) Requirements upon Request         $    100,000*

r.  Default By Non Response or Incomplete Response          $    100,000*

s.  Fraud                                                   $    1,000,000*

t.  Racketeering                                            $    1,000,000*

u.  Theft of Public Funds                                   $    1,000,000*

v.  Dishonor in Commerce                                    $    1,000,000*

w.  Failure to pay Counterclaim in full within (30) Thirty
    Calendar Days of Default as set forth herein            $    1,000,000**

x.  Perverting of Justice Judgment                          $    1,000,000"

y.  Use of Common-law Trade-name/Trade-mark
    After One Warning (per each occurrence)                 $    50,000 Each

z.  Forcing psychiatric evaluations                         $    500,000 / day

aa. Refusal to provide adequate and proper nutrition
    while incarcerated                                      $    50,000 / day

bb. Refusal to provide proper exercise while incarcerated  $    50,000 / day

cc. Refusal to provide proper dental care while
    Incarcerated                                            $    50,000 / day

| | | |
|---|---|---|
| dd. Forced giving of body fluids | $ | 5,000,000 / day |
| ee. Forced injections/inoculations, vaccines | $ | 5,000,000 / day |
| ff.  Forced separation from marriage contract | $ | 160,000 / day |
| gg. Confiscation/kidnapping of a body not a US Citizen | $ | 1,600,000 / day |
| hh. Corporate State continuing a mortgage for more than five years in violation of Banking Act of 1864 which takes precedence over current Statutes at large | $ | 1,600,000 / day |
| ii.  Attempted extortion of funds from birth certificate account, Social security account or any other associated accounts by fraud, deception and or Forgery by any agent, entity, or corporation | $ | 6,000,000 per count or charge |
| jj.  Attempted extortion of signature | $ | 6,000,000 per count or charge |
| kk. Attempted forgery of signature | $ | 6,000,000 per count or charge |

*Per Occurrence and Includes any Third-Party Defendant

** All claims are stated in US Dollars which means that a US Dollar will be defined, for this purpose as a One Ounce Silver Coin of .999 pure silver or the equivalent par value as established by law or the exchange rate, as set by the US Mint, whichever is the higher amount, for a certified One Ounce Silver Coin (US Silver Dollar) at the time of the first day of default as set forth herein; if the claim is to be paid in Federal Reserve Notes, Federal Reserve Notes will only be assessed at Par Value as indicated above.

Total damages will be assessed as the total amount of the damages as set forth herein times three (3) for a total of all damages as set forth in subsections a-w added to three (3) times the damages for punitive or other additional damages.

| | | |
|---|---|---|
| Kidnapping (If an alleged officer removes free soul more than 5 feet from free soul's property without just cause, it IS kidnapping) | $ | 50,000 |
| Services to others and/or Corporation(s): | | |
| a.  Studying while under threat, duress, coercion $ 75,000 per hour | $ | 500 per hour |

b. Analyzing          $   500 per hour
    while under threat, duress, coercion    $   75,000 per hour

c. Research          $   500 per hour
    while under threat, duress, coercion    $   75,000 per hour

d. Preparing Documents      $   500 per hour
    while under threat, duress, coercion    $   75,000 per hour

e. Answering Questions      $   500 per hour
    while under threat, duress, coercion    $   75,000 per hour

f. Providing Information      $   500 per hour
    while under threat, duress, coercion    $   75,000 per hour


**If invoiced, payment is due 15 days after receipt date.**


**Make all payments to:**

Ray James Credeur
In the care of: 206 Pelican Street, Sulphur,
Louisiana Postal Code Extension [70663]

# Common Law Copyright Notice

**Common Law Copyright Notice:** All rights reserved re- common-law copyright of trade-name/trademark, RAY JAMES CREDEUR © - as well as any and all derivatives and variations in the spelling of said trade-name/trademark - Copyright© July 4th, 1976 © by: Ray James Credeur. Said trade-name/trademark, Ray James Credeur ©, may neither be used, nor reproduced, neither in whole nor in part, nor in any manner whatsoever, without the prior, express, written consent and acknowledgment of Ray James Credeur subscribed with the red-ink signature of Ray James Credeur, hereinafter "Secured Party". **With the intent of being contractually bound**, any Juristic Person, as well as the agent of said Juristic Person, consents and agrees by this Copyright Notice that neither said Juristic Person, nor the agent of said Juristic Person, shall display, nor otherwise use in any manner, the trade- name/trademark, nor common-law copyright described herein, nor any derivation of, nor any variation in the spelling of, said name without prior, express, written consent and acknowledgment of Secured Party, subscribed with Secured Party's signature in red ink. Secured Party neither grants, nor implies, nor otherwise gives consent for any unauthorized use of Ray James Credeur © and all such unauthorized use is strictly prohibited. Secured Party, under necessity, is an accommodation party, and surety for the purported DEBTOR, i.e. "RAY JAMES CREDEUR© ", nor any derivative of, nor any variation in the spelling of, said name, nor for any other juristic person, and is so-indemnified and held harmless by DEBTOR, i.e. "RAY JAMES CREDEUR© ©", in HOLD-Harmless and Indemnity Agreement No. **HHIA –070419765233RJC** -4 dated the Eighteenth day of the Second Month in the Year of Our Lord Two Thousand and Twenty Four against any and all claims, legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses whatsoever, both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered by, imposed on, and incurred by DEBTOR for any and every reason, purpose and cause whatsoever. Self-executing Contract/ Security Agreement in Event of Unauthorized Use: By this Copyright Notice, both the Juristic Person and the agent of said Juristic Person, hereinafter jointly and severally "User", consent and agree that any use of Ray James Credeur © other than authorized use as set forth above constitutes unauthorized use of Secured Party's copyrighted property, contractually binds User, this Notice by Declaration becomes a Security Agreement wherein User is DEBTOR and Ray James Credeur  is Secured Party, and signifies that User:  (1) grants Secured Party a security interest in all of User's property and rights in property in the sum certain amount of $500,000.00 per each trade-name/trademark used, per each occurrence of use, plus triple damages, plus costs for each such use, as well as for each and every use of any and all derivatives of, and variations in the spelling of Ray James Credeur ©; (2) authenticates this Security Agreement wherein User is DEBTOR and Ray James Credeur a living man is Secured Party, and wherein User pledges all of User's property, i.e. all consumer goods, farm products, inventory, equipment, money, investment property, commercial tort claims, letters of credit, letter-of-credit rights, chattel paper, instruments, deposit accounts, accounts, documents and general intangibles, and all User's rights in all such foregoing property, now owned and hereafter acquired, now existing and hereafter arising, and wherever located, as collateral for securing User's contractual obligation in favor of Secured Party for User's unauthorized use of Secured Party's copyrighted property; (3) consents and agrees with Secured Party's filing of a UCC Financing Statement wherein User is DEBTOR and Ray James Credeur  is Secured Party; (4) consents and agrees that said UCC Financing Statement described above in paragraph "(3)" is a continuing financing statement, and

# Common Law Copyright Notice

further consents and agrees with Secured Party's filing of any continuation statement necessary for maintaining Secured Party's perfected security interest in property pledged as collateral in this Security Agreement described above in paragraph "(2)", until User's contractual obligation theretofore incurred has been fully satisfied; (5) authorizes Secured Party's filing of any UCC Financing Statement, as described above in paragraph "(3)", as well as in paragraph "(4)", and the filing of any Security Agreement, as described above in paragraph "(2)", in the UCC filing office; (6) consents and agrees that any and all such filings described in paragraph "(4)" and "(5)" above are not, and may not be considered, bogus, and that User will not claim that any such filing is bogus; (7) waives all defenses; and (8) appoints Secured Party as Authorized Representative for User, effective upon User's default re User's contractual obligations in favor of Secured Party as set forth below under "Payment Terms" and "Default Terms", with full authorization and power granted Secured Party for engaging in any and all actions on behalf of User including, but not limited by, authentication of a record on behalf of User, as Secured Party, in Secured Party's sole discretion, deems appropriate, and User further consents and agrees that this appointment of Secured Party as Authorized Representative for User, effective upon User's default, is irrevocable and coupled with a security interest. **User further consents and agrees with all of the following additional terms of Self-executing Contract/ Security Agreement In Event of Unauthorized Use:** Payment Terms: In accordance with fees for unauthorized use of Ray James Credeur © as set forth above, User hereby consents and agrees that User shall pay Secured Party all unauthorized-use fees in full within ten (10) days of date Secured Party's invoice, hereinafter "invoice", itemizing said fees, is sent.

**Default Terms:** In event of non-payment in full of all unauthorized-use fees by User within ten (10) days of date invoice is sent, User shall be deemed in default and (a) all of User's property and rights in property as collateral by User, as set forth above in paragraph "(2)", immediately becomes, i.e. is, property of Secured Party; (b) Secured Party is appointed User's Authorized Representative as set forth above in paragraph "(8)"; and (c) User consents and agrees that Secured Party may take possession of, as well as otherwise dispose of in any manner that Secured Party, in Secured Party's sole discretion, deems appropriate, including, but not limited by, sale at auction, at any time following User's default, and without further notice, any and all of User's former property and rights in property formerly pledged as collateral by User, now property of Secured Party, in respect of this "Self-executing Contract/ Security Agreement in Event of Unauthorized Use", that Secured Party, again in Secured Party's sole discretion, deems appropriate.

**Terms for Curing Default:** Upon event of default, as set forth above under "Default Terms", irrespective of any and all of user's former property and rights in property in the possession of, as well as disposed of by, Secured Party, as authorized above under "Default Terms", User may cure User's default re only the remainder of User's former property and rights in property formerly pledged as collateral that is neither in the possession of, nor otherwise disposed of by, Secured Party within twenty (20) days of date of User's default only by payment in full.

**Terms of Strict Foreclosure:** User's non-payment in full of all unauthorized-use fees itemized in Invoice within said twenty (20) day period for curing default as set forth above under "Terms for Curing Default" authorizes Secured Party's immediate non-judicial strict foreclosure on any and all remaining property and rights in property formerly pledged as collateral by User, now property of Secured Party, which is not in the possession of, nor otherwise disposed of by,

## Exhibit Index – USB Evidence

This Exhibit Index is submitted to identify the digital evidence contained on the accompanying USB drive. Said evidence consists of recordings and related materials documenting the attempted enforcement of a fraudulent warrant.

### Police Visit Videos

- Exhibit A – Visit 1A (First police visit, part A – property with house/shop visible)

- Exhibit B – Visit 1B (First police visit, part B – property with house/shop visible)

- Exhibit C – Visit 1C (First police visit, part C – property with house/shop visible)

- Exhibit D – Visit 2 (Second police visit – property with house/shop visible)

- Exhibit E – Visit 3 (Third police visit – property with house/shop visible)

### Phone Call Recordings

- Exhibit F – Call 1 (First phone call recording)

- Exhibit G – Call 2 (Second phone call recording)

- Exhibit H – Call 3 (Third phone call recording)

- Exhibit I – Call 4 (Fourth phone call recording)

Submitted this 30 day of August, 2025.

Credeur: Ray-James

Printed Name: Credeur: Ray-James

June 29
8:57 PM



00:28

June 29

12:44 PM

Edit



00:10

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

Credeur: Ray-James, sui juris,

Plaintiff,

v.

Sulphur Police Department; City of Sulphur; Magistrate Tony Fazzio; Judge David Richie; Mayor Mike Danahay; Calcasieu Parish Sheriff's Department; Calcasieu Parish District Attorney's Office; Louisiana State Police; and John Does 1–20,

Defendants.

Civil Action No. _____

Judge _____

Magistrate Judge _____

# [PROPOSED] PERMANENT RESTRAINING ORDER

WHEREAS, Plaintiff Credeur: Ray-James has brought this action alleging violations of the Constitution and laws of the United States, including deprivation of rights under color of law, malicious prosecution, conspiracy, abuse of process, and fraud;

WHEREAS, the Court, having reviewed the Complaint, exhibits, and supporting motions, finds that Plaintiff has demonstrated (1) a likelihood of success on the merits, (2) irreparable harm absent relief, (3) the balance of equities in Plaintiff's favor, and (4) the public interest served by the protection of constitutional rights;

IT IS HEREBY ORDERED AND ADJUDGED that:

1. Defendants, including the Sulphur Police Department, City of Sulphur, Magistrate Tony Fazzio, Judge David Richie, Mayor Mike Danahay, Calcasieu Parish Sheriff's Department, Calcasieu Parish District Attorney's Office, Louisiana State Police, and John Does 1–20, together with their officers, employees, agents, assigns, and successors, are permanently restrained and enjoined from:

   - Harassing, arresting, detaining, surveilling, threatening, or seizing Plaintiff, Plaintiff's property, or any property of the Eternal Guardian Trust absent a lawfully issued warrant supported by probable cause, sworn affidavit, and review by a neutral magistrate.

   - Making defamatory or prejudicial statements labeling Plaintiff as a "sovereign citizen," "extremist," or any similar false designation.

   - Interfering with, converting, seizing, or attempting to seize property assigned into the Eternal Guardian Trust without due process and just compensation.

   - Engaging in retaliation or reprisals for Plaintiff's exercise of constitutional rights or lawful filings in this Court.

2. This Permanent Restraining Order applies prospectively to all future cases, investigations, and actions brought by or involving Defendants against Plaintiff.

3. Violation of this Permanent Restraining Order shall subject Defendants to contempt of court and further sanctions, including monetary damages consistent with Plaintiff's duly recorded Fee Schedule and any additional remedies this Court deems proper.

Respectfully submitted,

Date: 8/25/2025

Credeur: Ray-James, sui juris

Plaintiff, Authorized Representative / Beneficiary

Eternal Guardian Trust

C/O 206 Pelican St., Sulphur, Louisiana [70663] Zip Exempt

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION


Credeur: Ray-James, sui juris,

Plaintiff,


v.


Sulphur Police Department; City of Sulphur; Magistrate Tony Fazzio; Judge David Richie; Mayor Mike Danahay; Calcasieu Parish Sheriff's Department; Calcasieu Parish District Attorney's Office; Louisiana State Police; and John Does 1–20,

Defendants.


Civil Action No. _____

Judge _____

Magistrate Judge _____

# [PROPOSED] ORDER GRANTING PERMANENT RESTRAINING ORDER

Considering Plaintiff's Complaint, Motion, and supporting Exhibits, and good cause appearing:


IT IS HEREBY ORDERED that Defendants, including the City of Sulphur, Sulphur Police Department, Magistrate Tony Fazzio, Judge David Richie, Mayor Mike Danahay, Calcasieu Parish Sheriff's Department, Calcasieu Parish District Attorney's Office, Louisiana State Police, and John Does 1–20, together with their officers, employees, agents, assigns, and successors, are permanently restrained and enjoined from harassing, arresting, detaining, surveilling, threatening, or seizing Plaintiff or Plaintiff's property absent due process of law, and from engaging in retaliation, defamation, or interference with Plaintiff's rights.

Violation of this Permanent Restraining Order shall subject Defendants to contempt of court and further sanctions as appropriate.

SO ORDERED this _____ day of _____, 2025.

_____

UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

Credeur: Ray-James, sui juris,

Plaintiff,

v.

Sulphur Police Department; City of Sulphur;  Magistrate Tony Fazzio; Judge David Richie;

Mayor Mike Danahay; Calcasieu Parish Sheriff's Department; Calcasieu Parish District

Attorney's Office; Louisiana State Police; John Wall, Chief of Police; Larry Guillotte, Assistant

Chief of Police; Dylan Bedsole, Officer; Derrick Malveaux, Officer; Ryan Arnold, Officer;

Anthony Fruge, Officer; Kenneth Bartley, Officer; Ben Morgan, Officer; Chase McConnell,

Officer; Gary Guillory, Sheriff; Colonel Robert P. Hodges, Superintendent of Louisiana State

Police; Stephen Dwight, District Attorney, in their individual and official capacities,

Defendants.

Civil Action No. _____

Judge _____

Magistrate Judge _____

# EXHIBIT G – WRIT OF QUO WARRANTO

TO: Magistrate Tony Fazzio, Judge David Ritchie, Chief John Wall, Mayor Mike Danahay,

Sheriff Gary Guillory, District Attorney Stephen Dwight, Colonel Robert P. Hodges, and all

named officials in their official and personal capacities.

COMES NOW Plaintiff, Credeur: Ray-James, sui juris, and demands that each named Defendant show by what lawful authority they issued, signed, maintained, or enforced Warrant No. 25-00864 or otherwise acted under color of law to deprive Plaintiff of rights.

Plaintiff specifically demands production of the following:

1. The constitutional, statutory, or contractual authority under which each Defendant claims the power to act in this matter.

2. Proof that such authority was lawfully delegated and remains valid.

3. Certification that no fraud, misrepresentation, or conflict of interest taints such authority.

Failure to demonstrate lawful authority shall constitute admission of usurpation of office, abuse of process, and fraud upon the court, and shall subject each Defendant to removal, liability, and sanction. Sanctions shall be imposed to the maximum extent set forth in Plaintiff's duly recorded Fee Schedule, together with all of Plaintiff's expenses, and any additional remedies this Court deems just and proper. Such sanctions shall also apply prospectively to all future cases, filings, and actions brought by or involving these Defendants, in order to prevent recurrence of fraud and abuse.

Respectfully submitted,

Date: August 21, 2025

Credeur: Ray-James, sui juris

Plaintiff, Authorized Representative / Beneficiary

Eternal Guardian Trust

C/O 206 Pelican St., Sulphur, Louisiana [70663] zip Exempt

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

**Credeur: Ray-James, sui juris,**

Plaintiff,

v.

**Sulphur Police Department; City Of Sulphur; Magistrate Tony Fazzio; Judge David Richie; Mayor of Sulphur; Calcasieu Parish Sheriff's Department; Calcasieu Parish District Attorney's Office; Louisiana State Police; and John Does 1–20,**

Defendants.

Civil Action No. _____

### EXHIBIT H

### AFFIDAVIT REGARDING 2016 MATTER AND LACK OF CORPUS DELICTI

1. I, Credeur: Ray-James, sui juris, am over the age of 18, competent to testify, and make this affidavit on personal knowledge. I am the living man Plaintiff in the above-captioned action.

2. In 2016, a matter involving me was brought in the 14th Judicial District Court for Calcasieu Parish, Louisiana (the "2016 matter").

3. There was no bona fide injured party in the 2016 matter. I did not touch or make physical contact with the complainant. While I was moving forward in my truck, the complainant walked in front of it; I stopped. There was no strike, contact, or injury caused by me.

4. To the best of my knowledge and belief, there were no medical treatment records, property damage, sworn victim affidavit of injury, or other evidence establishing a corporeal injury or loss consistent with the corpus delicti of any offense.

5. The 2016 matter was reduced to a misdemeanor (simple battery) and later satisfied in full. The court minutes and completion/satisfaction documentation reflect that all conditions were met. (See Exhibit B.)

6. I accepted the reduced disposition under coercive circumstances given my reasonable concern that law enforcement testimony would be credited over mine; I did not admit wrongdoing and continue to contest the factual basis for the charge.

7. To the best of my knowledge and belief, no sworn affidavit establishing probable cause with competent evidence of a completed offense existed beyond mere accusation, and the essential elements of corpus delicti were not established.

8. In 2025, Defendants relied on the 2016 matter to predicate and/or justify Warrant No. 25-00864. Because the 2016 matter lacked a bona fide injured party, was reduced to a misdemeanor, and was fully satisfied, reliance on it as a felony predicate or to depict me as a dangerous armed felon was improper.

9. I reserve the right to supplement this affidavit with public-records and FOIA responses, certified court records, and additional exhibits as they are obtained.

10. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: August 25, 2025

Credeur: Ray-James, sui juris

Plaintiff / Affiant


**STATE OF LOUISIANA**

**PARISH OF CALCASIEU**


SUBSCRIBED AND SWORN TO (or affirmed) before me, the undersigned authority, on this

25 day of August, 2025, by Credeur: Ray-James, known to me or who has produced satisfactory

identification, who affirmed that the facts stated in this affidavit are true and correct to the best of

his knowledge, information, and belief.


Notary Public, State of Louisiana

Printed Name: Renee Loup

Commission/Bar No.: 56535

My Commission Expires: At My Death

## Exhibit I – Affidavit of Denial of Access to Warrant

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION


Credeur: Ray-James, sui juris,
Plaintiff,

v.

Sulphur Police Department, et al.,
Defendants.


## AFFIDAVIT OF DENIAL OF ACCESS TO WARRANT

I, Credeur: Ray-James, sui juris, declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. Beginning in or about July 2025 and continuing through August 2025, I made multiple attempts by phone to obtain a copy of Warrant No. 25-00864, which Defendants allege was issued against me.

2. I did not attempt to appear in person, because the Sheriff's Office and Sulphur Police Department made clear that I would be arrested immediately if I presented myself. This coercion prevented me from safely seeking records in person.

3. On several occasions, I contacted the Calcasieu Parish Sheriff's Office Warrants Division by phone. Each time I was told some variation of:
   - "You cannot get a copy of the warrant unless you turn yourself in," or
   - "You need to speak to the District Attorney's office or the Judge."

4. I also contacted the District Attorney's Office multiple times by phone. I was told:
   - "We cannot provide any information on the case," and
   - "You will have to go to court to see anything."

5. I contacted the Clerk of Court for the 14th Judicial District Court by phone. I was told directly that:
   - "The Clerk's office does not provide a copy of the warrant until you are arrested and brought to court."

6. These repeated denials from the Sheriff's Office, DA's Office, and Clerk of Court demonstrate a coordinated obstruction. Each agency refused to provide the very instrument

authorizing my seizure, depriving me of the ability to inspect, challenge probable cause, or prepare a defense.

7. This constitutes a violation of my rights under the Fourth and Fourteenth Amendments to the U.S. Constitution and directly supports the factual allegations in my Complaint.


Executed this **25** day of August, 2025.



Credeur: Ray-James, sui juris
Plaintiff, Authorized Representative / Beneficiary

Notary



# Calcasieu Parish Sheriff's Office
## GARY "STITCH" GUILLORY, SHERIFF AND EX-OFFICIO TAX COLLECTOR

August 13, 2025

Ray James Credeur
206 Pelican Street
Sulphur, LA 70663

Re:     Eternal Guardian Trust

Mr. Credeur:

My name is Rob McCorquodale and the packet of paperwork you mailed to the CPSO on July 25, 2025 was forwarded to me for response.

First, I have reviewed this paperwork and I am afraid that the attempted creation of this trust does not exempt you or the property from applicable state law.

Your request that we "remove all registrations, licenses or encumbrances associated with "ALL CAPS" artificial entity and to correct all records immediately" is non-sensical and does not coincide with any duty the CPSO would owe any person or entity.  We do not handle registrations or licenses.

You might want to reach out to whomever sold you these forms and get your money back.

I am returning these to you because we have no use for them.

Sincerely,

Rob McCorquodale

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

Credeur: Ray-James, sui juris,
Plaintiff,

v.

Sulphur Police Department, et al.,
Defendants.

## EXHIBIT K

### AFFIDAVIT OF EMPLOYMENT LOSS AND ECONOMIC DAMAGES

I, Credeur: Ray-James, sui juris, declare under penalty of perjury:

1. I was employed in a position providing compensation of approximately $250,000 per year at the time Defendants initiated and publicized the false and fraudulent warrant, together with related allegations against me.

2. As a direct and proximate result of Defendants' unlawful actions, including defamation, harassment, and public labeling as a "dangerous armed felon," I lost this employment opportunity.

3. The loss was not based on job performance or voluntary resignation, but solely due to reputational and legal injury inflicted by the Defendants' conduct.

4. This loss has caused me immediate and ongoing financial harm, including lost wages, benefits, and opportunities for advancement, all attributable to the wrongful warrant and its surrounding misconduct.

5. The damages associated with this unlawful deprivation of livelihood exceed $250,000 annually, and continue to accrue until my reputation, liberty, and rights are fully restored.

Executed this 25 day of August, 2025.

Credeur: Ray-James, sui juris
Plaintiff, Authorized Representative / Beneficiary

Notary

Renee Loup # 56535

## Exhibit L – Itemized Damages

## City of Sulphur / Sulphur Police Department / Mayor / Officers / Judges

This Exhibit covers the period of June 28, 2025 through August 27, 2025, totaling 61 days. The damages listed below apply jointly and severally to the City of Sulphur, Sulphur Police Department, Mayor Mike Danahay, Chief John Wall, Assistant Chief Larry Guillotte, Officers Dylan Bedsole, Derrick Malveaux, Ryan Arnold, Anthony Fruge, Kenneth Bartley, Ben Morgan, Chase McConnell, Magistrate Tony Fazzio, and Judge David Ritchie.

| No. | Description | Rate (USD/Day) | Days | Total (USD) |
|---|---|---|---|---|
| 1 | Detention / Loss of Liberty | $1,800,000 | 61 | $109,800,000 |
| 2 | Seizure of Motor Conveyance | $100,000 | 61 | $6,100,000 |
| 3 | Failure to Honor Rights | $20,000 | 61 | $1,220,000 |
| 4 | Failure to Honor Oath of Office | $50,000 | 61 | $3,050,000 |
| 5 | Failure to Honor Constitutional Oath | $50,000 | 61 | $3,050,000 |
| 6 | Failure to Follow State/Federal Statutes | $50,000 | 61 | $3,050,000 |
| 7 | Fraud | $1,000,000 | 61 | $61,000,000 |
| 8 | Racketeering | $1,000,000 | 61 | $61,000,000 |
| 9 | Unauthorized Use of Copyrighted Name | $50,000 | 61 | $3,050,000 |
| 10 | Analyzing | $1,800,000 | 61 | $109,800,000 |

|  |  | Under Duress |  |  |  |
|----|----|----|----|----|----|
| 11 |  | Research Under Duress | $1,800,000 | 61 | $109,800,000 |
| 12 |  | Preparing Documents Under Duress | $1,800,000 | 61 | $109,800,000 |

Subtotal: $580,720,000

Trebled Damages (RICO and Fee Schedule Enforcement): $1,742,160,000

Note: Plaintiff reserves the right to enforce the higher accrual rate of $75,000 per minute of unlawful detention, as set forth in the duly recorded Fee Schedule, in addition to the hourly calculation shown herein.

Damages listed herein are calculated through August 27, 2025.
Damages continue to accrue at the stated daily rates until the fraudulent warrant is quashed and all violations cease.
Defendants remain jointly and severally liable for all ongoing accruals, in addition to the totals shown.

## Exhibit M – Itemized Damages

## Calcasieu Parish Sheriff's Department / Sheriff Gary Guillory

This Exhibit covers the period through August 27, 2025, totaling 58 days. The damages listed below apply jointly and severally to the Calcasieu Parish Sheriff's Department and Sheriff Gary Guillory.

| No. | Description | Rate (USD/Day) | Days | Total (USD) |
|---|---|---|---|---|
| 1 | Detention / Loss of Liberty | $1,800,000 | 58 | $104,400,000 |
| 2 | Seizure of Motor Conveyance | $100,000 | 58 | $5,800,000 |
| 3 | Failure to Honor Rights | $20,000 | 58 | $1,160,000 |
| 4 | Failure to Honor Oath of Office | $50,000 | 58 | $2,900,000 |
| 5 | Failure to Honor Constitutional Oath | $50,000 | 58 | $2,900,000 |
| 6 | Failure to Follow State/Federal Statutes | $50,000 | 58 | $2,900,000 |
| 7 | Fraud | $1,000,000 | 58 | $58,000,000 |
| 8 | Racketeering | $1,000,000 | 58 | $58,000,000 |
| 9 | Unauthorized Use of Copyrighted Name | $50,000 | 58 | $2,900,000 |
| 10 | Analyzing Under Duress | $1,800,000 | 58 | $104,400,000 |

| 11 | Research Under Duress | $1,800,000 | 58 | $104,400,000 |
| 12 | Preparing Documents Under Duress | $1,800,000 | 58 | $104,400,000 |

Subtotal: $552,160,000

Trebled Damages (RICO and Fee Schedule Enforcement): $1,656,480,000

Note: Plaintiff reserves the right to enforce the higher accrual rate of $75,000 per minute of unlawful detention, as set forth in the duly recorded Fee Schedule, in addition to the hourly calculation shown herein.

Damages listed herein are calculated through August 27, 2025.
Damages continue to accrue at the stated daily rates until the fraudulent warrant is quashed and all violations cease.
Defendants remain jointly and severally liable for all ongoing accruals, in addition to the totals shown.

## Exhibit N – Itemized Damages
## Louisiana State Police / Colonel Robert P. Hodges

This Exhibit covers the period through August 27, 2025, totaling 31 days. The damages listed below apply jointly and severally to the Louisiana State Police and Colonel Robert P. Hodges.

| No. | Description | Rate (USD/Day) | Days | Total (USD) |
|-----|-------------|----------------|------|-------------|
| 1 | Detention / Loss of Liberty | $1,800,000 | 31 | $55,800,000 |
| 2 | Seizure of Motor Conveyance | $100,000 | 31 | $3,100,000 |
| 3 | Failure to Honor Rights | $20,000 | 31 | $620,000 |
| 4 | Failure to Honor Oath of Office | $50,000 | 31 | $1,550,000 |
| 5 | Failure to Honor Constitutional Oath | $50,000 | 31 | $1,550,000 |
| 6 | Failure to Follow State/Federal Statutes | $50,000 | 31 | $1,550,000 |
| 7 | Fraud | $1,000,000 | 31 | $31,000,000 |
| 8 | Racketeering | $1,000,000 | 31 | $31,000,000 |
| 9 | Unauthorized Use of Copyrighted Name | $50,000 | 31 | $1,550,000 |
| 10 | Analyzing Under Duress | $1,800,000 | 31 | $55,800,000 |

| 11 | Research Under Duress | $1,800,000 | 31 | $55,800,000 |
| 12 | Preparing Documents Under Duress | $1,800,000 | 31 | $55,800,000 |

Subtotal: $295,120,000

Trebled Damages (RICO and Fee Schedule Enforcement): $885,360,000

Note: Plaintiff reserves the right to enforce the higher accrual rate of $75,000 per minute of unlawful detention, as set forth in the duly recorded Fee Schedule, in addition to the hourly calculation shown herein.

Damages listed herein are calculated through August 27, 2025.
Damages continue to accrue at the stated daily rates until the fraudulent warrant is quashed and all violations cease.
Defendants remain jointly and severally liable for all ongoing accruals, in addition to the totals shown.

## Exhibit O – Itemized Damages
## Calcasieu Parish District Attorney's Office / District Attorney Stephen Dwight

This Exhibit covers the period through August 27, 2025, totaling 30 days. The damages listed below apply jointly and severally to the Calcasieu Parish District Attorney's Office and District Attorney Stephen Dwight.

| No. | Description | Rate (USD/Day) | Days | Total (USD) |
|-----|-------------|----------------|------|-------------|
| 1 | Detention / Loss of Liberty | $1,800,000 | 30 | $54,000,000 |
| 2 | Seizure of Motor Conveyance | $100,000 | 30 | $3,000,000 |
| 3 | Failure to Honor Rights | $20,000 | 30 | $600,000 |
| 4 | Failure to Honor Oath of Office | $50,000 | 30 | $1,500,000 |
| 5 | Failure to Honor Constitutional Oath | $50,000 | 30 | $1,500,000 |
| 6 | Failure to Follow State/Federal Statutes | $50,000 | 30 | $1,500,000 |
| 7 | Fraud | $1,000,000 | 30 | $30,000,000 |
| 8 | Racketeering | $1,000,000 | 30 | $30,000,000 |
| 9 | Unauthorized Use of Copyrighted Name | $50,000 | 30 | $1,500,000 |
| 10 | Analyzing Under Duress | $1,800,000 | 30 | $54,000,000 |

| 11 | Research Under Duress | $1,800,000 | 30 | $54,000,000 |
| 12 | Preparing Documents Under Duress | $1,800,000 | 30 | $54,000,000 |

Subtotal: $285,600,000

Trebled Damages (RICO and Fee Schedule Enforcement): $856,800,000

Note: Plaintiff reserves the right to enforce the higher accrual rate of $75,000 per minute of unlawful detention, as set forth in the duly recorded Fee Schedule, in addition to the hourly calculation shown herein.

Damages listed herein are calculated through August 27, 2025.
Damages continue to accrue at the stated daily rates until the fraudulent warrant is quashed and all violations cease.
Defendants remain jointly and severally liable for all ongoing accruals, in addition to the totals shown.