Credeur: Ray-James, sui juris
Plaintiff, Authorized Representative / Beneficiary
Eternal Guardian Trust
C/O 206 Pelican St.
Sulphur, Louisiana [70663] Zip Exempt

Date: August 21, 2025

Clerk of Court
United States District Court
Western District of Louisiana
Lake Charles Division

Re: Credeur: Ray-James v. Sulphur PD, et al.

Civil Action No. _____ (to be assigned)

Dear Clerk of Court,

Enclosed for filing please find the following documents for the above-captioned matter:

1. Verified Complaint for Declaratory & Injunctive Relief and Damages (Warrant-Only), with Exhibits A through H attached.
2. Application to Proceed In Forma Pauperis (No-Cost Application).
3. Emergency Motion to Quash Warrant and Request for Emergency Hearing, with proposed order.
4. [Proposed] Permanent Restraining Order (Exhibit F).
5. [Proposed] Writ of Quo Warranto (Exhibit G).
6. Summons forms for each named defendant, submitted for issuance.

Please file the enclosed documents, assign a civil action number.

Thank you for your assistance.

Respectfully,

*[signature: Credeur: Ray-James]*

Credeur: Ray-James, sui juris

Plaintiff, Authorized Representative / Beneficiary

Eternal Guardian Trust
337-540-1640