RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

SEP 0 3 2025

DANIEL J. McCOY, CLERK
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
DIVISION

Credeur: Ray-James
Plaintiff

Civil No.

VS.

Sulphur Police Department, ET AL
Defendant

Judge
Magistrate Judge

## NOTICE OF MANUAL ATTACHMENT

ATTACHMENTS TO: Civil Case — Credeur: Ray-James V.S. Sulphur P.D.

DESCRIPTION: See Attached USB Drive Index

FILED BY: Credeur: Ray-James

FILE DATE: Sept 3, 2025

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*NOTICE\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The attached document is an original manual attachment that could not be converted into PDF and uploaded to CM/ECF. A PDF version of this notice should accompany the related e-filing as an attachment.

INSTRUCTIONS FOR FILER:
The <u>original manual attachment</u> must be delivered to the divisional <u>Clerk's Office</u> of the presiding judge. Chambers personnel may obtain the manual attachment from the Clerk's Office.[1] The manual attachment will be maintained at this location until expiration of appeal delays.

Attachment sent to _____ DIVISON.

Prepared by: _____

---

[1] <u>Chambers Personnel</u>: When finished reviewing the manual attachment, please return to the Clerk's Office.

## Exhibit Index – USB Evidence

This Exhibit Index is submitted to identify the digital evidence contained on the accompanying USB drive. Said evidence consists of recordings and related materials documenting the attempted enforcement of a fraudulent warrant.

Police Visit Videos

- Exhibit A – Visit 1A (First police visit, part A – property with house/shop visible)

- Exhibit B – Visit 1B (First police visit, part B – property with house/shop visible)

- Exhibit C – Visit 1C (First police visit, part C – property with house/shop visible)

- Exhibit D – Visit 2 (Second police visit – property with house/shop visible)

- Exhibit E – Visit 3 (Third police visit – property with house/shop visible)

Phone Call Recordings

- Exhibit F – Call 1 (First phone call recording)

- Exhibit G – Call 2 (Second phone call recording)

- Exhibit H – Call 3 (Third phone call recording)

- Exhibit I – Call 4 (Fourth phone call recording)

Submitted this 30 day of August, 2025.

*[signature]*

Printed Name: Credeur: Ray-James